ACCEPTED
03-15-00499-CR
8248317
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 3:22:03 PM
JEFFREY D. KYLE
CLERK

## IN THE
## THIRD COURT OF APPEALS
## OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 3:22:03 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| v. | § | CASE NO. 3-15-00499-CR |
| ROBERT SIMPSON | § | |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, ROBERT SIMPSON, appellee in the above styled and numbered cause, and respectfully moves the Court for an extension of time within which to file the appellee brief, and for cause would show the Court as follows:

The appellee brief is due on December 15, 2015. This is the final requested extension filed on behalf of the appellee. Counsel now requests an additional extension for the following reasons:

Counsel filed two Applications for Writ of Habeas Corpus requesting out of time Petition for Discretionary Review due to previous counsel's failure to file such on behalf of the client in Zambrana v. State, no. 07-12-00124 and no. 07-12-00125. The Court granted the applications. Counsel filed the two Petition for Discretionary Reviews on Wednesday, November 25, 2015. Counsel is also presently working on several other post-conviction and appellate matters. Counsel was set for trial in State v.

–1–

Mroos in the 187th District Court of Bexar, cause no. 2015-CR-476B December 14, 2015 in a first degree manufacturing of a controlled substance, trial in State v. Saucedo in Travis County Court at Law Number 8, cause number C1CR14215715 and presently set for final Revocation of Supervised Release before the United States District Court for the Western District of Texas in United States v. Morales, A-02-CR-072(4)JN on December 17, 2015. Counsel does not seek nor will request any further extensions.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this motion be granted and that the Court permits an extension of time to file the appellee brief of an additional 30 days.

RESPECTFULLY SUBMITTED,

Daniel H. Wannamaker
1012 Rio Grande Street
Austin, Texas 78701
(512) 236-9929
(512) 233-5979 (Fax)
State Bar No. 20834300
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's Motion to Extend Time to File Appellee Brief was furnished to Ms. Angie Creasy with the Travis County District Attorney's Office, P.O. Box 1748 Austin, Texas 78767 by certified mail, on this the 15th day of December, 2015.

Daniel H. Wannamaker
Attorney for Appellant